**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6142**

DEANDRE DUNSTON,

       Plaintiff - Appellant,

     v.

MARY TAYLOR, Charge Nurse with Well Path Health Care; NURSE WALL, Charge Nurse with Corizon Health Care; A. BOYD, HSA of Well Path Health Care & Corizon Health Care,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:21-cv-00692-HEH-EWH)

Submitted: July 21, 2022                       Decided: July 26, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeAndre Dunston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAndre Dunston, a Virginia inmate, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action for failure to comply with the court's earlier order directing Dunston to submit an in forma pauperis affidavit and a collection of fees form within 30 days. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Dunston's informal briefs do not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we affirm the district court's order.[*] We also deny Dunston's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We observe that a separate ground for affirmance exists: Dunston has pending in the same district court another § 1983 lawsuit alleging the same claims against the same defendants. *Dunston v. Taylor*, No. 3:20-cv-00727-HEH-EWH (E.D. Va.). Dunston initiated the instant action after noting an appeal from the district court's dismissal without prejudice of that lawsuit. This court ultimately vacated the district court's dismissal and remanded for further proceedings in that lawsuit. *Dunston v. Taylor*, No. 21-7531, 2022 WL 605631, at *1 (4th Cir. Mar. 1, 2022) (unpublished).